**A. D. BLACKARD, Trustee, v. MISSISSIP-PI VALLEY TRUST COMPANY et al.**
**No. 1042.**

Circuit Court of Appeals, Tenth Circuit.
April 18, 1934.

Milsten & Milsten, of Tulsa, Okl., for appellant.

Ramsey, Martin & Logan, of Tulsa, Okl., for appellees.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.
Appeal dismissed on stipulation.

**BOGGS–BURNAM & CO. v. COMMISSIONER OF INTERNAL REVENUE.**
**No. 6353.**

Circuit Court of Appeals, Sixth Circuit.
June 5, 1934.

Elwood Hamilton and J. C. W. Beckham, Jr., both of Louisville, Ky., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., for respondent.

PER CURIAM.
Order of Board of Tax Appeals affirmed.

**Louis BRISSON, William Bines, and Arlin Clark v. UNITED STATES of America.**
**No. 6804.**

Circuit Court of Appeals, Sixth Circuit.
June 6, 1934.

Harry S. Bennett, of Detroit, Mich., for appellants.

Jos. M. Donnelly, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM.

Judgment of District Court reversed, and cause remanded, with instruction to dismiss indictment.